IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-4079-MWB |
| Plaintiff, | |
| | **INFORMATION** |
| vs. | |
| | Count 1 |
| DARRON FRANCIS MOTHERSHEAD, | 18 U.S.C. § 922(g)(1): Possession of Firearms and Ammunition by a Felon |
| Defendant. | |

The United States Attorney charges:

### Count 1
### Possession of Firearms and Ammunition by a Felon

Between about December 2013 and January 27, 2014, in the Northern District of Iowa, defendant DARRON FRANCIS MOTHERSHEAD, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, namely: a Jiminez JA .380 caliber semi-automatic pistol, serial number 230441; a Hi-Point Model 4095 .40 caliber semi-automatic rifle, serial number H34382; a Jiminez JA9 9mm semi-automatic pistol, serial number 262279; 23 rounds of .380 ammunition; 20 rounds of .40 caliber ammunition; and 50 rounds of 9mm ammunition.

Defendant DARRON FRANCIS MOTHERSHEAD previously had been convicted of crimes punishable by imprisonment for a term exceeding one year, namely: an October 27, 2008 conviction for possession of a controlled substance with intent to deliver, Woodbury County, Iowa case number FECR055057; a December 1, 2009 conviction for possession of a controlled substance with intent to deliver, Woodbury County, Iowa case number FECR055708; and a December 1, 2009

1

conviction for Failure to appear, Woodbury County, Iowa case number FECR055826.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Information, defendant DARRON FRANCIS MOTHERSHEAD shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By, *[signature]*

JAMIE D. BOWERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (Fax)
Jamie.Bowers@usdoj.gov