# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DARRON FRANCIS MOTHERSHEAD, Defendant. | **HEARING MINUTES** Sealed: No <br> Case No.: 15-cr-4079-MWB <br> Presiding Judge: Mark W. Bennett <br> Deputy Clerk: Jennifer Gill <br> Court Reporter: Shelly Semmler   Contract? No <br> (If yes, send copy to financial) <br> Recording: Yes   Method: FTR Gold |

| Date: 4/13/2016 | Start: 10:03AM | Adjourn: 10:40AM | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: | | Time in Chambers: | Telephonic? -- |
| Appearances: | Plaintiff(s): | AUSA Jamie Bowers | |
| | Defendant(s): | Aaron Hamrock, defendant present | |
| | U.S. Probation: | | |
| | Interpreter: | Language:   Certified:   Phone | |

**TYPE OF PROCEEDING:** IS THE HEARING   Contested? Yes   Continued from a previous date? No

**SENTENCING:**

| | |
|---|---|
| Objections to PSIR: | Ruling: |
| Motions to vary/depart: Oral Motion to Vary Downward | Ruling: Denied. |
| Count(s) dismissed: | |
| Sentence (See J & C): 92 months | |
| Fine: Waived | Special assessment: $100 |
| Supervised Release: 3 years | |
| Court's recommendations (if any): | Placement at a location as close to Sioux City as possible consistent with defendant's security and custody classification.   500-hour comprehensive drug treatment program |
| Defendant is   Detained   and shall report | |

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.   Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**